UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 18-cv-10136. | MASTER DOCKET<br><br>18-md-2865 (LAK) |

## STIPULATION AND [PROPOSED] ORDER OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(2)

WHEREAS Plaintiff Skatteforvaltningen ("SKAT") asserted claims against Defendant The Bella Consultants Pension Plan ("Bella Consultants") in the action titled *SKAT v. The Bella Consultants Pension Plan & Roger Lehman*, No. 18-cv-10136 (the "Action");

WHEREAS SKAT and Bella Consultants have now entered into a settlement agreement ("Agreement") resolving those claims;

WHEREAS SKAT wishes to voluntarily dismiss with prejudice Bella Consultants from the Action, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, with each party to bear its own costs;

WHEREAS the dismissal is not intended to affect any of the claims asserted against Defendant Roger Lehman in the Action, or any other action;

IT is therefore STIPULATED AND AGREED that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Bella Consultants is dismissed with prejudice from the Action, with each party to bear its own costs;

IT is further STIPULATED AND AGREED that if an Event of Default under the Agreement occurs, SKAT shall have the right to reopen the Action and file any Consent

283689793_1

Judgment that it was not required to destroy pursuant to the Agreement, regardless of the Action being previously dismissed;

IT is further STIPULATED AND AGREED that SKAT's claims against Defendant Roger Lehman in the Action are not affected by this dismissal; and

IT is further STIPULATED AND AGREED that the Court shall retain jurisdiction for the purpose of enforcing the Agreement among SKAT and Bella Consultants.

Dated: New York, New York
September 8, 2025

By: /s/Marc A. Weinstein
    Marc A. Weinstein
 HUGHES HUBBARD & REED LLP
 One Battery Park Plaza
 New York, New York 10004-1482
 Telephone: (212) 837-6000
 Fax: (212) 422-4726
 marc.weinstein@hugheshubbard.com

*Counsel for Plaintiff Skatteforvaltningen (Customs and Tax Administration of the Kingdom of Denmark)*

By: /s/ Sarah T. Laren
    Sarah T. Laren
 DENTON BINGHAM GREENEBAUM LLP
 312 Walnut Street, Suite 2450
 Cincinnati, OH 45202
 Tel: (859) 288-4635
 Sarah.Laren@dentons.com

*Counsel for Defendants*

SO ORDERED:

_____
    Lewis A. Kaplan
    United States District Judge

283689793_1