# Exhibit 9

# Statement for Ackview LLC Solo 401K (ACK01)

# Solo Capital Partners LLP

## 01 January 2014 - 31 December 2014

## Statement Summary

Ackview LLC Solo 401K
309 E 83rd Street Apt. 5R
New York
NY 10028
United States of America

|  | EUR | DKK | USD |
|---|---|---|---|
| Opening Cash Balance | 0.00 | 0.00 | 0.00 |
| Cash Equity Settlement (exc comm) | 14,878,403.83 | 147,668,055.45 | 0.00 |
| Brokerage On Execution | 0.00 | 0.00 | 0.00 |
| Clearing Charge | 0.00 | 0.00 | 0.00 |
| Exchange Fees on Futures | 0.00 | 0.00 | 0.00 |
| Cash Stock Loan Settlement | -14,878,403.83 | -147,668,055.45 | 0.00 |
| Total daily MTM on Stock Loan | 14,878,403.83 | 147,668,055.45 | 0.00 |
| Total Fees and Rebates | 207,177.11 | -7,226,007.39 | 0.00 |
| Realised Forwards Profit & Loss | -18,309,942.63 | -231,559,466.48 | 0.00 |
| Realised Futures Profit & Loss | 0.00 | 0.00 | 0.00 |
| Initial Margin | 0.00 | 0.00 | 0.00 |

|  | EUR | DKK | USD |
|---|---|---|---|
| Variation Margins | 0.00 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (TDC A/S 08/08/2014) | 0.00 | 3,439,941.40 | 0.00 |
| Dividend and Associated Taxes, Costs (AP MOELLER-MAERSK A/S-B 01/04/2014) | 0.00 | 13,516,972.00 | 0.00 |
| Dividend and Associated Taxes, Costs (Danske Bank A/S 19/03/2014) | 0.00 | 5,161,867.96 | 0.00 |
| Dividend and Associated Taxes, Costs (TRYG A/S 04/04/2014) | 0.00 | 2,405,861.73 | 0.00 |
| Dividend and Associated Taxes, Costs (PANDORA A/S 20/03/2014) | 0.00 | 2,126,718.49 | 0.00 |
| Dividend and Associated Taxes, Costs (TDC A/S 07/03/2014) | 0.00 | 5,683,942.35 | 0.00 |
| Dividend and Associated Taxes, Costs (GROUPE BRUXELLES LAMBERT SA 29/04/2014) | 374,572.56 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (COLOPLAST-B 09/05/2014) | 0.00 | 2,223,031.04 | 0.00 |
| Dividend and Associated Taxes, Costs (ANHEUSER-BUSCH INBEV NV 05/05/2014) | 2,273,759.14 | 0.00 | 0.00 |
| Dividend and Associated Taxes, Costs (AP MOELLER-MAERSK A/S-A 01/04/2014) | 0.00 | 12,157,712.00 | 0.00 |
| Dividend and Associated Taxes, Costs (NOVOZYMES A/S-B 27/02/2014) | 0.00 | 2,077,129.22 | 0.00 |
| Dividend and Associated Taxes, Costs (NOVO NORDISK A/S-B 21/03/2014) | 0.00 | 39,055,220.46 | 0.00 |
| Dividend and Associated Taxes, Costs (CARLSBERG AS-B 21/03/2014) | 0.00 | 3,269,021.76 | 0.00 |
| Dividend and Associated Taxes, Costs (AGEAS 05/05/2014) | 576,030.00 | 0.00 | 0.00 |
| Cash Payment/Receipts | 0.00 | 0.00 | 0.00 |
| Total Cash Balance | 0.00 | 0.00 | 0.00 |

*SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. (FCA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)*
*We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we*

ACKVIEW00000083

reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified Solo Capital Partners LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

ACKVIEW00000084

# Equity Transactions

| Trade Date | Settlement Date | Currency | Transaction Type | Counterparty | Description | Ticker | Nominal | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Denmark** | | | | | | | | | | |
| 26/02/2014 | 04/03/2014 | DKK | Buy | Mako Financial Markets LLP | NOVOZYMES A/S-B | NZYMB | 1,138,153.00 | 254.0000 | -289,090,862.00 | -289,090,862.00 |
| 06/03/2014 | 12/03/2014 | DKK | Buy | Mako Financial Markets LLP | TDC A/S | TDC | 3,539,192.00 | 52.6500 | -186,338,458.80 | -475,429,320.80 |
| 18/03/2014 | 24/03/2014 | DKK | Buy | Mako Financial Markets LLP | Danske Bank A/S | DANSKE DC | 3,535,526.00 | 145.7000 | -515,126,138.20 | -990,555,459.00 |
| 19/03/2014 | 25/03/2014 | DKK | Buy | Mako Financial Markets LLP | PANDORA A/S | PNDORA | 448,202.00 | 356.0000 | -159,559,912.00 | -1,150,115,371.00 |
| 20/03/2014 | 26/03/2014 | DKK | Buy | Mako Financial Markets LLP | NOVO NORDISK A/S-B | NOVOB | 11,888,956.00 | 245.8000 | -2,922,305,384.80 | -4,072,420,755.80 |
| 20/03/2014 | 26/03/2014 | DKK | Buy | Mako Financial Markets LLP | CARLSBERG AS-B | CARLB | 559,764.00 | 522.0000 | -292,196,808.00 | -4,364,617,563.80 |
| 31/03/2014 | 04/04/2014 | DKK | Buy | Mako Financial Markets LLP | AP MOELLER-MAERSK A/S-A | MAERSKA | 11,896.00 | 62,500.0000 | -743,500,000.00 | -5,108,117,563.80 |
| 31/03/2014 | 04/04/2014 | DKK | Buy | Mako Financial Markets LLP | AP MOELLER-MAERSK A/S-B | MAERSKB | 13,226.00 | 65,000.0000 | -859,690,000.00 | -5,967,807,563.80 |
| 03/04/2014 | 09/04/2014 | DKK | Buy | Mako Financial Markets LLP | TRYG A/S | TRYG | 122,063.00 | 551.5000 | -67,317,744.50 | -6,035,125,308.30 |
| 04/04/2014 | 04/04/2014 | DKK | Buy | Mako Financial Markets LLP | AP MOELLER-MAERSK A/S-B | MAERSKB | 52,904.00 | 0.0000 | 0.00 | -6,035,125,308.30 |
| 04/04/2014 | 04/04/2014 | DKK | Buy | Mako Financial Markets LLP | AP MOELLER-MAERSK A/S-A | MAERSKA | 47,584.00 | 0.0000 | 0.00 | -6,035,125,308.30 |
| 08/05/2014 | 14/05/2014 | DKK | Buy | Mako Financial Markets LLP | COLOPLAST-B | COLOB | 761,312.00 | 468.1000 | -356,370,147.20 | -6,391,495,455.50 |
| 16/06/2014 | 19/06/2014 | DKK | Sell | Bastion Capital London Ltd | TDC A/S | TDC | -3,539,192.00 | 54.4000 | 192,532,044.80 | -6,198,963,410.70 |
| 16/06/2014 | 19/06/2014 | DKK | Sell | Bastion Capital London Ltd | PANDORA A/S | PNDORA | -448,202.00 | 393.8000 | 176,501,947.60 | -6,022,461,463.10 |
| 16/06/2014 | 19/06/2014 | DKK | Sell | Bastion Capital London Ltd | CARLSBERG AS-B | CARLB | -559,764.00 | 579.5000 | 324,383,238.00 | -5,698,078,225.10 |
| 16/06/2014 | 19/06/2014 | DKK | Sell | Bastion Capital London Ltd | NOVOZYMES A/S-B | NZYMB | -1,138,153.00 | 268.9000 | 306,049,341.70 | -5,392,028,883.40 |

ACKVIEW00000085

| Trade Date | Settlement Date | Currency | Transaction Type | Counterparty | Description | Ticker | Nominal | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 16/06/2014 | 19/06/2014 | DKK | Sell | Bastion Capital London Ltd | NOVO NORDISK A/S-B | NOVOB DC | -11,888,956.00 | 251.4000 | 2,988,883,538.40 | -2,403,145,345.00 |
| 16/06/2014 | 19/06/2014 | DKK | Sell | Bastion Capital London Ltd | Danske Bank A/S | DANSKE DC | -3,535,526.00 | 155.7000 | 550,481,398.20 | -1,852,663,946.80 |
| 06/08/2014 | 11/08/2014 | DKK | Sell | Bastion Capital London Ltd | AP MOELLER-MAERSK A/S-B | MAERSKB | -66,130.00 | 12,830.0000 | 848,447,900.00 | -1,004,216,046.80 |
| 06/08/2014 | 11/08/2014 | DKK | Sell | Bastion Capital London Ltd | AP MOELLER-MAERSK A/S-A | MAERSKA | -59,480.00 | 12,330.0000 | 733,388,400.00 | -270,827,646.80 |
| 07/08/2014 | 13/08/2014 | DKK | Buy | Mako Financial Markets LLP | TDC A/S | TDC | 3,141,499.00 | 51.3500 | -161,315,973.65 | -432,143,620.45 |
| 11/08/2014 | 14/08/2014 | DKK | Sell | Bastion Capital London Ltd | COLOPLAST-B | COLOB | -761,312.00 | 477.9000 | 363,831,004.80 | -68,312,615.65 |
| 11/08/2014 | 14/08/2014 | DKK | Sell | Bastion Capital London Ltd | TRYG A/S | TRYG | -122,063.00 | 549.5000 | 67,073,618.50 | -1,238,997.15 |
| 18/11/2014 | 20/11/2014 | DKK | Sell | Ballygate Capital Limited | TDC A/S | TDC | -3,141,499.00 | 47.4000 | 148,907,052.60 | 147,668,055.45 |
| | | | | | | | | | | |
| | | | | | | | | 0.00 | | 147,668,055.45 |
| | | | | | | | | | | |
| Belgium | | | | | | | | | | |
| 17/04/2014 | 25/04/2014 | EUR | Buy | Mako Financial Markets LLP | Proximus | PROX | 403,027.00 | 22.5000 | -9,068,107.50 | -9,068,107.50 |
| 28/04/2014 | 05/05/2014 | EUR | Buy | Mako Financial Markets LLP | GROUPE BRUXELLES LAMBERT SA | GBLB | 183,614.00 | 74.4500 | -13,670,062.30 | -22,738,169.80 |
| 02/05/2014 | 08/05/2014 | EUR | Buy | Mako Financial Markets LLP | ANHEUSER-BUSCH INBEV NV | ABI | 2,090,813.00 | 77.7200 | -162,497,986.36 | -185,236,156.16 |
| 02/05/2014 | 08/05/2014 | EUR | Buy | Mako Financial Markets LLP | AGEAS | AGS | 548,600.00 | 31.1300 | -17,077,918.00 | -202,314,074.16 |
| 02/09/2014 | 05/09/2014 | EUR | Sell | Bastion Capital London Ltd | GROUPE BRUXELLES LAMBERT SA | GBLB | -183,614.00 | 74.5700 | 13,692,095.98 | -188,621,978.18 |
| 02/09/2014 | 05/09/2014 | EUR | Sell | Bastion Capital London Ltd | Proximus | PROX | -403,027.00 | 26.9800 | 10,873,668.46 | -177,748,309.72 |
| 03/09/2014 | 08/09/2014 | EUR | Sell | Bastion Capital London Ltd | ANHEUSER-BUSCH INBEV NV | ABI | -2,090,813.00 | 85.3500 | 178,450,889.55 | 702,579.83 |

| Trade Date | Settlement Date | Currency | Transaction Type | Counterparty | Description | Ticker | Nominal | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/09/2014 | 08/09/2014 | EUR | Sell | Bastion Capital London Ltd | AGEAS | AGS | -548,600.00 | 25.8400 | 14,175,824.00 | 14,878,403.83 |
| | | | | | | | 0.00 | | | 14,878,403.83 |

*SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. (FCA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)*
*We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified Solo Capital Partners LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.*

ACKVIEW00000087

# Forward Transactions

| Trade Date | Expiry Date | Currency | Transaction Type | Counterparty | Description | Ticker | Nominal | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Belgium** | | | | | | | | | | |
| 17/04/2014 | 19/09/2014 | EUR | Sell | Cork Oak Capital Ltd | Proximus | PROX | -403,027.00 | 21.2752 | 8,574,480.03 | 8,574,480.03 |
| 28/04/2014 | 19/09/2014 | EUR | Sell | Cork Oak Capital Ltd | GROUPE BRUXELLES LAMBERT SA | GBLB | -183,614.00 | 72.5218 | 13,316,017.79 | 21,890,497.82 |
| 02/05/2014 | 19/09/2014 | EUR | Sell | Cork Oak Capital Ltd | ANHEUSER-BUSCH INBEV NV | ABI | -2,090,813.00 | 76.7478 | 160,465,297.96 | 182,355,795.78 |
| 02/05/2014 | 19/09/2014 | EUR | Sell | Cork Oak Capital Ltd | AGEAS | AGS | -548,600.00 | 30.1253 | 16,526,739.58 | 198,882,535.36 |
| 02/09/2014 | 19/09/2014 | EUR | Buy | Cork Oak Capital Ltd | Proximus | PROX | 403,027.00 | 26.9800 | -10,873,668.46 | 188,008,866.90 |
| 02/09/2014 | 19/09/2014 | EUR | Buy | Cork Oak Capital Ltd | GROUPE BRUXELLES LAMBERT SA | GBLB | 183,614.00 | 74.5700 | -13,692,095.98 | 174,316,770.92 |
| 03/09/2014 | 19/09/2014 | EUR | Buy | Cork Oak Capital Ltd | ANHEUSER-BUSCH INBEV NV | ABI | 2,090,813.00 | 85.3500 | -178,450,889.55 | -4,134,118.63 |
| 03/09/2014 | 19/09/2014 | EUR | Buy | Cork Oak Capital Ltd | AGEAS | AGS | 548,600.00 | 25.8400 | -14,175,824.00 | -18,309,942.63 |
| | | | | | | | 0.00 | | | -18,309,942.63 |
| **Denmark** | | | | | | | | | | |
| 26/02/2014 | 20/06/2014 | DKK | Sell | Amalthea Enterprises Ltd | NOVOZYMES A/S-B | NZYMB | -1,138,153.00 | 252.4300 | 287,303,961.79 | 287,303,961.79 |
| 06/03/2014 | 20/06/2014 | DKK | Sell | Amalthea Enterprises Ltd | TDC A/S | TDC | -3,539,192.00 | 51.0893 | 180,814,841.85 | 468,118,803.64 |
| 18/03/2014 | 20/06/2014 | DKK | Sell | Amalthea Enterprises Ltd | Danske Bank A/S | DANSKE DC | -3,535,526.00 | 144.3527 | 510,362,724.02 | 978,481,527.66 |
| 19/03/2014 | 20/06/2014 | DKK | Sell | Amalthea Enterprises Ltd | PANDORA A/S | PNDORA | -448,202.00 | 351.5200 | 157,551,967.04 | 1,136,033,494.70 |

| Trade Date | Expiry Date | Currency | Transaction Type | Counterparty | Description | Ticker | Nominal | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 20/03/2014 | 20/06/2014 | DKK | Sell | Amalthea Enterprises Ltd | NOVO NORDISK A/S-B | NOVOB | -11,888,956.00 | 242.6983 | 2,885,429,409.97 | 4,021,462,904.67 |
| 20/03/2014 | 20/06/2014 | DKK | Sell | Amalthea Enterprises Ltd | CARLSBERG AS-B | CARLB | -559,764.00 | 516.5501 | 289,146,150.18 | 4,310,609,054.85 |
| 31/03/2014 | 19/09/2014 | DKK | Sell | Amalthea Enterprises Ltd | AP MOELLER-MAERSK A/S-A | MAERSKA | -11,896.00 | 61,620.0000 | 733,031,520.00 | 5,043,640,574.85 |
| 31/03/2014 | 19/09/2014 | DKK | Sell | Amalthea Enterprises Ltd | AP MOELLER-MAERSK A/S-B | MAERSKB | -13,226.00 | 64,126.0000 | 848,130,476.00 | 5,891,771,050.85 |
| 03/04/2014 | 19/09/2014 | DKK | Sell | Amalthea Enterprises Ltd | TRYG A/S | TRYG | -122,063.00 | 532.9600 | 65,054,696.48 | 5,956,825,747.33 |
| 04/04/2014 | 19/09/2014 | DKK | Sell | Amalthea Enterprises Ltd | AP MOELLER-MAERSK A/S-A | MAERSKA | -47,584.00 | 0.0000 | 0.00 | 5,956,825,747.33 |
| 04/04/2014 | 19/09/2014 | DKK | Sell | Amalthea Enterprises Ltd | AP MOELLER-MAERSK A/S-B | MAERSKB | -52,904.00 | 0.0000 | 0.00 | 5,956,825,747.33 |
| 08/05/2014 | 19/09/2014 | DKK | Sell | Amalthea Enterprises Ltd | COLOPLAST-B | COLOB | -761,312.00 | 465.9400 | 354,725,713.28 | 6,311,551,460.61 |
| 16/06/2014 | 20/06/2014 | DKK | Buy | Amalthea Enterprises Ltd | NOVO NORDISK A/S-B | NOVOB DC | 11,888,956.00 | 251.4100 | -2,989,002,427.96 | 3,322,549,032.65 |
| 16/06/2014 | 20/06/2014 | DKK | Buy | Amalthea Enterprises Ltd | TDC A/S | TDC | 3,539,192.00 | 54.4000 | -192,532,044.80 | 3,130,016,987.85 |
| 16/06/2014 | 20/06/2014 | DKK | Buy | Amalthea Enterprises Ltd | CARLSBERG AS-B | CARLB | 559,764.00 | 579.5200 | -324,394,433.28 | 2,805,622,554.57 |
| 16/06/2014 | 20/06/2014 | DKK | Buy | Amalthea Enterprises Ltd | NOVOZYMES A/S-B | NZYMB | 1,138,153.00 | 268.9100 | -306,060,723.23 | 2,499,561,831.34 |
| 16/06/2014 | 20/06/2014 | DKK | Buy | Amalthea Enterprises Ltd | PANDORA A/S | PNDORA | 448,202.00 | 393.8100 | -176,506,429.62 | 2,323,055,401.72 |
| 16/06/2014 | 20/06/2014 | DKK | Buy | Amalthea Enterprises Ltd | Danske Bank A/S | DANSKE DC | 3,535,528.00 | 155.7000 | -550,481,398.20 | 1,772,574,003.52 |
| 06/08/2014 | 19/09/2014 | DKK | Buy | Amalthea Enterprises Ltd | AP MOELLER-MAERSK A/S-A | MAERSKA | 59,480.00 | 12,334.0000 | -733,626,320.00 | 1,038,947,683.52 |
| 06/08/2014 | 19/09/2014 | DKK | Buy | Amalthea Enterprises Ltd | AP MOELLER-MAERSK A/S-B | MAERSKB | 66,130.00 | 12,834.0000 | -848,712,420.00 | 190,235,263.52 |
| 07/08/2014 | 19/12/2014 | DKK | Sell | Amalthea Enterprises Ltd | TDC A/S | TDC | -3,141,499.00 | 50.3500 | 158,174,474.65 | 348,409,738.17 |
| 11/08/2014 | 19/09/2014 | DKK | Buy | Amalthea Enterprises Ltd | TRYG A/S | TRYG | 122,063.00 | 549.6600 | -67,093,148.58 | 281,316,589.59 |
| 11/08/2014 | 19/09/2014 | DKK | Buy | Amalthea Enterprises Ltd | COLOPLAST-B | COLOB | 761,312.00 | 478.0400 | -363,937,588.48 | -82,620,998.89 |

ACKVIEW00000089

| Trade Date | Expiry Date | Currency | Transaction Type | Counterparty | Description | Ticker | Nominal | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 18/11/2014 | 19/12/2014 | DKK | Buy | Amalthea Enterprises Ltd | TDC A/S | TDC | 3,141,499.00 | 47.4100 | -148,938,467.59 | -231,559,466.48 |
| | | | | | | | 0.00 | | | -231,559,466.48 |

*SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. (FCA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)*
*We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified Solo Capital Partners LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.*

ACKVIEW00000090

# Stock Loan Transactions

| Trade Date | Settlement Date | Currency | Transaction Type | Counterparty | Description | Ticker | Nominal | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Belgium** | | | | | | | | | | |
| 24/04/2014 | 25/04/2014 | EUR | Lend | Neoteric Limited | Proximus | PROX | -403,027.00 | 22.5000 | 9,068,107.50 | 9,068,107.50 |
| 02/09/2014 | 05/09/2014 | EUR | Recall | Neoteric Limited | Proximus | PROX | 403,027.00 | 26.9800 | -10,873,668.46 | -1,805,560.96 |
| | | | | | | | 0.00 | | | -1,805,560.96 |
| 07/05/2014 | 08/05/2014 | EUR | Lend | Neoteric Limited | AGEAS | AGS | -548,600.00 | 31.1300 | 17,077,918.00 | 17,077,918.00 |
| 03/09/2014 | 08/09/2014 | EUR | Recall | Neoteric Limited | AGEAS | AGS | 548,600.00 | 25.8400 | -14,175,824.00 | 2,902,094.00 |
| | | | | | | | 0.00 | | | 2,902,094.00 |
| 02/05/2014 | 05/05/2014 | EUR | Lend | Neoteric Limited | GROUPE BRUXELLES LAMBERT SA | GBLB | -183,614.00 | 74.4500 | 13,670,062.30 | 13,670,062.30 |
| 02/09/2014 | 05/09/2014 | EUR | Recall | Neoteric Limited | GROUPE BRUXELLES LAMBERT SA | GBLB | 183,614.00 | 74.5700 | -13,692,095.98 | -22,033.68 |
| | | | | | | | 0.00 | | | -22,033.68 |
| 07/05/2014 | 08/05/2014 | EUR | Lend | Neoteric Limited | ANHEUSER-BUSCH INBEV NV | ABI | -2,090,813.00 | 77.7200 | 162,497,986.36 | 162,497,986.36 |
| 03/09/2014 | 08/09/2014 | EUR | Recall | Neoteric Limited | ANHEUSER-BUSCH INBEV NV | ABI | 2,090,813.00 | 85.3500 | -178,450,889.55 | -15,952,903.19 |
| | | | | | | | 0.00 | | | -15,952,903.19 |

ACKVIEW00000091

| Trade Date | Settlement Date | Currency | Transaction Type | Counterparty | Description | Ticker | Nominal | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | **Belgium Total** | **-14,878,403.83** |
| | | | | | | | | | | |
| **Denmark** | | | | | | | | | | |
| 12/08/2014 | 13/08/2014 | DKK | Lend | Neoteric Limited | TDC A/S | TDC | -3,141,499.00 | 51.3500 | 161,315,973.65 | 161,315,973.65 |
| 18/11/2014 | 20/11/2014 | DKK | Recall | Neoteric Limited | TDC A/S | TDC | 3,141,499.00 | 47.4000 | -148,907,052.60 | 12,408,921.05 |
| | | | | | | | 0.00 | | | 12,408,921.05 |
| | | | | | | | | | | |
| 03/04/2014 | 04/04/2014 | DKK | Lend | Neoteric Limited | AP MOELLER-MAERSK A/S-B | MAERSKB | -13,226.00 | 65,000.0000 | 859,690,000.00 | 859,690,000.00 |
| 04/04/2014 | 04/04/2014 | DKK | Lend | Neoteric Limited | AP MOELLER-MAERSK A/S-B | MAERSKB | -52,904.00 | 0.0000 | 0.00 | 859,690,000.00 |
| 06/08/2014 | 11/08/2014 | DKK | Recall | Neoteric Limited | AP MOELLER-MAERSK A/S-B | MAERSKB | 66,130.00 | 12,830.0000 | -848,447,900.00 | 11,242,100.00 |
| | | | | | | | 0.00 | | | 11,242,100.00 |
| | | | | | | | | | | |
| 24/03/2014 | 25/03/2014 | DKK | Lend | Neoteric Limited | PANDORA A/S | PNDORA | -448,202.00 | 356.0000 | 159,559,912.00 | 159,559,912.00 |
| 16/06/2014 | 19/06/2014 | DKK | Recall | Neoteric Limited | PANDORA A/S | PNDORA | 448,202.00 | 393.8000 | -176,501,947.60 | -16,942,035.60 |
| | | | | | | | 0.00 | | | -16,942,035.60 |
| | | | | | | | | | | |
| 03/03/2014 | 04/03/2014 | DKK | Lend | Neoteric Limited | NOVOZYMES A/S-B | NZYMB | -1,138,153.00 | 254.0000 | 289,090,862.00 | 289,090,862.00 |
| 16/06/2014 | 19/06/2014 | DKK | Recall | Neoteric Limited | NOVOZYMES A/S-B | NZYMB | 1,138,153.00 | 268.9000 | -306,049,341.70 | -16,958,479.70 |
| | | | | | | | 0.00 | | | -16,958,479.70 |

ACKVIEW00000092

| Trade Date | Settlement Date | Currency | Transaction Type | Counterparty | Description | Ticker | Nominal | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 13/05/2014 | 14/05/2014 | DKK | Lend | Neoteric Limited | COLOPLAST-B | COLOB | -761,312.00 | 468.1000 | 356,370,147.20 | 356,370,147.20 |
| 11/08/2014 | 14/08/2014 | DKK | Recall | Neoteric Limited | COLOPLAST-B | COLOB | 761,312.00 | 477.9000 | -363,831,004.80 | -7,460,857.60 |
| | | | | | | | 0.00 | | | -7,460,857.60 |
| 25/03/2014 | 26/03/2014 | DKK | Lend | Neoteric Limited | NOVO NORDISK A/S-B | NOVOB | -11,888,956.00 | 245.8000 | 2,922,305,384.80 | 2,922,305,384.80 |
| 16/06/2014 | 19/06/2014 | DKK | Recall | Neoteric Limited | NOVO NORDISK A/S-B | NOVOB DC | 11,888,956.00 | 251.4000 | -2,988,883,538.40 | -66,578,153.60 |
| | | | | | | | 0.00 | | | -66,578,153.60 |
| 11/03/2014 | 12/03/2014 | DKK | Lend | Neoteric Limited | TDC A/S | TDC | -3,539,192.00 | 52.6500 | 186,338,458.80 | 186,338,458.80 |
| 16/06/2014 | 19/06/2014 | DKK | Recall | Neoteric Limited | TDC A/S | TDC | 3,539,192.00 | 54.4000 | -192,532,044.80 | -6,193,586.00 |
| | | | | | | | 0.00 | | | -6,193,586.00 |
| 08/04/2014 | 09/04/2014 | DKK | Lend | Neoteric Limited | TRYG A/S | TRYG | -122,063.00 | 551.5000 | 67,317,744.50 | 67,317,744.50 |
| 11/08/2014 | 14/08/2014 | DKK | Recall | Neoteric Limited | TRYG A/S | TRYG | 122,063.00 | 549.5000 | -67,073,618.50 | 244,126.00 |
| | | | | | | | 0.00 | | | 244,126.00 |
| 21/03/2014 | 24/03/2014 | DKK | Lend | Neoteric Limited | Danske Bank A/S | DANSKE DC | -3,535,526.00 | 145.7000 | 515,126,138.20 | 515,126,138.20 |
| 16/06/2014 | 19/06/2014 | DKK | Recall | Neoteric Limited | Danske Bank A/S | DANSKE DC | 3,535,526.00 | 155.7000 | -550,481,398.20 | -35,355,260.00 |

| Trade Date | Settlement Date | Currency | Transaction Type | Counterparty | Description | Ticker | Nominal | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | 0.00 | | | -35,355,280.00 |
| 25/03/2014 | 26/03/2014 | DKK | Lend | Neoteric Limited | CARLSBERG AS-B | CARLB | -559,764.00 | 522.0000 | 292,196,808.00 | 292,196,808.00 |
| 16/06/2014 | 19/06/2014 | DKK | Recall | Neoteric Limited | CARLSBERG AS-B | CARLB | 559,764.00 | 579.5000 | -324,383,238.00 | -32,186,430.00 |
| | | | | | | | 0.00 | | | -32,186,430.00 |
| 03/04/2014 | 04/04/2014 | DKK | Lend | Neoteric Limited | AP MOELLER-MAERSK A/S-A | MAERSKA | -11,896.00 | 62,500.0000 | 743,500,000.00 | 743,500,000.00 |
| 04/04/2014 | 04/04/2014 | DKK | Lend | Neoteric Limited | AP MOELLER-MAERSK A/S-A | MAERSKA | -47,584.00 | 0.0000 | 0.00 | 743,500,000.00 |
| 06/08/2014 | 11/08/2014 | DKK | Recall | Neoteric Limited | AP MOELLER-MAERSK A/S-A | MAERSKA | 59,480.00 | 12,330.0000 | -733,388,400.00 | 10,111,600.00 |
| | | | | | | | 0.00 | | | 10,111,600.00 |
| | | | | | | | | | Denmark Total | -147,668,055.45 |

SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. (FCA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)
We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified Solo Capital Partners LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.

ACKVIEW00000094

# Stock Loan Collateral

**Denmark**

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 04 March 2014 | 19 June 2014 | Lend | NZYMB DC | 1,138,153 | 254.0000 | 289,090,862.00 | 268.9000 | -306,049,341.70 | 16,958,479.70 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
| 03 March 2014 | 1,138,153 | 289,090,862.00 | 19 June 2014 | 107 | 0.3755 | 322,622.11 | 0.7000 | -601,469.60 | -278,847.48 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 12 March 2014 | 19 June 2014 | Lend | TDC DC | 3,539,192 | 52.6500 | 186,338,458.80 | 54.4000 | -192,532,044.80 | 6,193,586.00 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
| 11 March 2014 | 3,539,192 | 186,338,458.80 | 19 June 2014 | 99 | 0.3871 | 198,376.14 | 0.7000 | -358,701.53 | -160,325.40 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 24 March 2014 | 19 June 2014 | Lend | DANSKE DC | 3,535,526 | 145.7000 | 515,126,138.20 | 155.7000 | -550,481,398.20 | 35,355,260.00 |
| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
| 21 March 2014 | 3,535,526 | 515,126,138.20 | 19 June 2014 | 87 | 0.3799 | 472,967.94 | 0.7000 | -871,421.72 | -398,453.78 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 25 March 2014 | 19 June 2014 | Lend | PNDORA DC | 448,202 | 356.0000 | 159,559,912.00 | 393.8000 | -176,501,947.60 | 16,942,035.60 |

| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
|---|---|---|---|---|---|---|---|---|---|
| 24 March 2014 | 448,202 | 159,559,912.00 | 19 June 2014 | 86 | 0.4002 | 152,528.12 | 0.7000 | -266,819.63 | -114,291.51 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 26 March 2014 | 19 June 2014 | Lend | NOVOB DC | 11,888,956 | 245.8000 | 2,922,305,384.80 | 251.4000 | -2,988,883,538.40 | 66,578,153.60 |

| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
|---|---|---|---|---|---|---|---|---|---|
| 25 March 2014 | 11,888,956 | 2,922,305,384.80 | 19 June 2014 | 85 | 0.4014 | 2,769,565.33 | 0.7000 | -4,829,921.40 | -2,060,356.07 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 26 March 2014 | 19 June 2014 | Lend | CARLB DC | 559,764 | 522.0000 | 292,196,808.00 | 579.5000 | -324,383,238.00 | 32,186,430.00 |

| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
|---|---|---|---|---|---|---|---|---|---|
| 25 March 2014 | 559,764 | 292,196,808.00 | 19 June 2014 | 85 | 0.3997 | 275,767.73 | 0.7000 | -482,936.39 | -207,168.66 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 04 April 2014 | 11 August 2014 | Lend | MAERSKB DC | 13,226 | 65,000.0000 | 859,690,000.00 | 12,830.0000 | -848,447,900.00 | -11,242,100.00 |

| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
|---|---|---|---|---|---|---|---|---|---|
| 03 April 2014 | 13,226 | 859,690,000.00 | 11 August 2014 | 129 | 0.1504 | 463,461.08 | 0.7000 | -2,156,389.08 | -1,692,928.00 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 04 April 2014 | 11 August 2014 | Lend | MAERSKA DC | 11,896 | 62,500.0000 | 743,500,000.00 | 12,330.0000 | -733,388,400.00 | -10,111,600.00 |

ACKVIEW00000096

| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
|---|---|---|---|---|---|---|---|---|---|
| 03 April 2014 | 11,896 | 743,500,000.00 | 11 August 2014 | 129 | 0.1553 | 413,633.83 | 0.7000 | -1,864,945.83 | -1,451,312.00 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 09 April 2014 | 14 August 2014 | Lend | TRYG DC | 122,063 | 551.5000 | 67,317,744.50 | 549.5000 | -67,073,618.50 | -244,126.00 |

| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
|---|---|---|---|---|---|---|---|---|---|
| 08 April 2014 | 122,063 | 67,317,744.50 | 14 August 2014 | 127 | 0.1809 | 42,953.80 | 0.7000 | -166,237.43 | -123,283.63 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 14 May 2014 | 14 August 2014 | Lend | COLOB DC | 761,312 | 468.1000 | 356,370,147.20 | 477.9000 | -363,831,004.80 | 7,460,857.60 |

| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
|---|---|---|---|---|---|---|---|---|---|
| 13 May 2014 | 761,312 | 356,370,147.20 | 14 August 2014 | 92 | 0.1817 | 165,493.16 | 0.7000 | -637,506.60 | -472,013.44 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 13 August 2014 | 20 November 2014 | Lend | TDC DC | 3,141,499 | 51.3500 | 161,315,973.65 | 47.4000 | -148,907,052.60 | -12,408,921.05 |

| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
|---|---|---|---|---|---|---|---|---|---|
| 12 August 2014 | 3,141,499 | 161,315,973.65 | 20 November 2014 | 99 | 0.0981 | 43,505.83 | 0.7000 | -310,533.25 | -267,027.42 |

Total SL Collateral MTM    147,668,055.45

ACKVIEW00000097

| | | | | | | | | | | Total Fees and Rebates | -7,226,007.39 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Belgium**

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 25 April 2014 | 05 September 2014 | Lend | PROX BB | 403,027 | 22.5000 | 9,068,107.50 | 26.9800 | -10,873,668.46 | 1,805,560.96 |

| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
|---|---|---|---|---|---|---|---|---|---|
| 24 April 2014 | 403,027 | 9,068,107.50 | 05 September 2014 | 133 | 15.4344 | 517,078.60 | 0.7000 | -23,451.13 | 493,627.47 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 05 May 2014 | 05 September 2014 | Lend | GBLB BB | 183,614 | 74.4500 | 13,670,062.30 | 74.5700 | -13,692,095.98 | 22,033.68 |

| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
|---|---|---|---|---|---|---|---|---|---|
| 02 May 2014 | 183,614 | 13,670,062.30 | 05 September 2014 | 123 | 0.2605 | 12,166.19 | 0.7000 | -32,694.23 | -20,528.05 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08 May 2014 | 08 September 2014 | Lend | ABI BB | 2,090,813 | 77.7200 | 162,497,986.36 | 85.3500 | -178,450,889.55 | 15,952,903.19 |

| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
|---|---|---|---|---|---|---|---|---|---|
| 07 May 2014 | 2,090,813 | 162,497,986.36 | 08 September 2014 | 123 | 0.2658 | 147,570.28 | 0.7000 | -388,641.02 | -241,070.74 |

| Settlement Date | Return Date | Type | Underlying | Nominal | Start Price | Start Cash | End Price | End Cash | Balance |
|---|---|---|---|---|---|---|---|---|---|
| 08 May 2014 | 08 September 2014 | Lend | AGS BB | 548,600 | 31.1300 | 17,077,918.00 | 25.8400 | -14,175,824.00 | -2,902,094.00 |

ACKVIEW00000098

| Trade Date | Nominal | Cash | Return Date | No. of Days | Rate | Stock Lending Fee | Rate | Interest Rebate | |
|---|---|---|---|---|---|---|---|---|---|
| 07 May 2014 | 548,600 | 17,077,918.00 | 08 September 2014 | 123 | 0.2741 | 15,993.11 | 0.7000 | -40,844.69 | -24,851.58 |
| | | | | | | | | Total SL Collateral MTM | 14,878,403.83 |
| | | | | | | | | Total Fees and Rebates | 207,177.11 |

*SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. (FCA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)*
*We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified Solo Capital Partners LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.*

ACKVIEW00000099

# Cash Transactions

| Entry Date | Description | Debit/Credit | Balance |
|---|---|---|---|
| **EUR** | | | |
| 01/01/2014 | Opening Balance | 0.00 | 0.00 |
| | **Closing Balance** | | 0.00 |
| | Equity Settlements | 14,878,403.83 | 14,878,403.83 |
| | Stock Loan Settlements | -14,878,403.83 | 0.00 |
| | Dividends | 3,224,361.70 | 3,224,361.70 |
| | Stock Loan Interest & Fee | 207,177.11 | 3,431,538.80 |
| | Initial Margin | 0.00 | 3,431,538.80 |
| | Stock Margin | 14,878,403.83 | 18,309,942.63 |
| | Realised Forwards P&L | -18,309,942.63 | 0.00 |
| | Realised Futures P&L | 0.00 | 0.00 |
| | **Total Balance** | | 0.00 |
| **DKK** | | | |
| 01/01/2014 | Opening Balance | 0.00 | 0.00 |
| | **Closing Balance** | | 0.00 |

| Entry Date | Description | Debit/Credit | Balance |
|---|---|---|---|
| | Equity Settlements | 147,668,055.45 | 147,668,055.45 |
| | Stock Loan Settlements | -147,668,055.45 | 0.00 |
| | Dividends | 91,117,418.42 | 91,117,418.42 |
| | Stock Loan Interest & Fee | -7,226,007.39 | 83,891,411.03 |
| | Initial Margin | 0.00 | 83,891,411.03 |
| | Stock Margin | 147,668,055.45 | 231,559,466.48 |
| | Realised Forwards P&L | -231,559,466.48 | 0.00 |
| | Realised Futures P&L | 0.00 | 0.00 |
| | **Total Balance** | | 0.00 |
| **USD** | | | |
| 01/01/2014 | Opening Balance | 0.00 | 0.00 |
| | **Closing Balance** | | 0.00 |
| | Equity Settlements | 0.00 | 0.00 |
| | Stock Loan Settlements | 0.00 | 0.00 |
| | Dividends | 0.00 | 0.00 |
| | Stock Loan Interest & Fee | 0.00 | 0.00 |
| | Initial Margin | 0.00 | 0.00 |

ACKVIEW00000101

| Entry Date | Description | Debit/Credit | Balance |
|---|---|---|---|
| | Stock Margin | 0.00 | 0.00 |
| | Realised Forwards P&L | 0.00 | 0.00 |
| | Realised Futures P&L | 0.00 | 0.00 |
| | | | |
| | **Total Balance** | | 0.00 |

*SOLO CAPITAL PARTNERS LLP is a company incorporated and registered in England & Wales and is authorised and regulated by the Financial Conduct Authority of the United Kingdom. (FCA Registration Number 566533, Company Registration Number OC367979, VAT Registration Number 123 3462 46)*
*We may receive remuneration from other parties in connection with any transaction and we may share any charges due to us with other parties, details of which are available on written request. Where transactions involve the purchase of one currency with another the rate of exchange will be supplied when the currency has been purchased. The times of trades undertaken are available on written request. Original deposits, premiums and margins as incurred are to be paid to us on demand. In the event of default of this condition we reserve the right of closing transactions without further notice and any loss resulting shall be immediately refunded to us by you. Any discrepancies should be notified Solo Capital Partners LLP immediately by telephone and in writing. ISSUED SUBJECT TO ARTICLES AND RULES, CUSTOMS AND USAGES OF THE EXCHANGE AND THE CLEARING HOUSE AND CORRECTION OF ERRORS AND OMISSIONS.*

ACKVIEW00000102